IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action No. |
| v. ) | 05-00088-01-CR-W-GAF |
| ) | |
| SHELTON L. NEVELS, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: Defendant having been convicted of a felony possessed a firearm in and affecting commerce.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
 Government: Christina Tabor
 Case Agent: Task Force Officer Wayne Hartley the ATF
 Defense: Laine Cardarella

**OUTSTANDING MOTIONS**: Defendant has filed a Motion for order to Dismiss on Double Jeopardy Grounds.

**TRIAL WITNESSES**:
 Government: 7 witnesses without stipulations; 4 with stipulations
 Defendant: 1 witness if the defendant decides to testify

**TRIAL EXHIBITS**:
 Government: 26 exhibits
 Defendant: 2 exhibits

**DEFENSES**: lack of knowledge of contraband and general denial.

**POSSIBLE DISPOSITION**:
 ( **X** ) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1-1 ½ days**
>    Government's case including jury selection: 1 day
>    Defense case: a few hours at most

**STIPULATIONS**: The parties have worked out stipulations as to the interstate nexus of the firearms and as to the defendant's prior convictions.

**UNUSUAL QUESTIONS OF LAW:** **None**–other than the issues raised by the defendant's motion to dismiss on double jeopardy grounds.

**FILING DEADLINES:**

>    **Witness and Exhibit List:** To be filed on Friday prior to the Pretrial Conference
>    **Counsel are requested to list witnesses in alphabetical order on their witness list.**
>
>    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, November 23, 2005**
>    **Please Note**: Jury instructions must comply with Local Rule 51.1.
>
>    **Motions in Limine:** None

**TRIAL SETTING**: Case is set on the November 28, 2005 joint criminal docket.
>    **Note:** Defense counsel prefers the first week of the docket.

**IT IS SO ORDERED.**

>                                     */s/ Sarah W. Hays*
>                            SARAH W. HAYS
>                  UNITED STATES MAGISTRATE JUDGE